## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**DANIEL TIMOTHY PRICE, ET AL**        **CASE NO. 6:17-CV-00519**

**VS.**        **JUDGE TERRY A. DOUGHTY**

**ON TRAC INC. OF TENNESSEE**        **MAG. JUDGE PATRICK J. HANNA**

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Joint Motion for Court Approval of Settlement by All Parties [Doc. No. 29] is **GRANTED**.   The proposed settlement is a fair and reasonable resolution of a bona fide dispute under the FLSA.   Therefore, the settlement is approved on the terms and conditions set forth in the parties' settlement agreement.

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims asserted by the plaintiffs in this lawsuit are **DISMISSED WITH PREJUDICE**.   This case is closed, subject to the Court retaining jurisdiction for ninety days to enforce the terms of the parties' settlement agreement, if necessary.

MONROE, LOUISIANA, this 26th day of December, 2018.


**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**